FILED
CLERK, U.S. DISTRICT COURT

September 29, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRIDGET MCCARTHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOYOLA MARYMOUNT UNIVERSITY,<br><br>Defendant. | Case No.: 2:20-CV-04668-SB(JEMx)<br><br>[*Assigned to the Hon. Stanley Blumenfeld, Jr.*]<br><br>ORDER OF DISMISSAL<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

## **ORDER OF DISMISSAL**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice. In the event there is a future settlement or judgment of class action or global resolution of claims against LMU as pled in the First Amended Complaint in this action, then Plaintiff shall not be prohibited from obtaining the benefit of such settlement or judgment as a member of the class or global resolution group.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: 9/29/2021

**Stanley Blumenfeld, Jr.**
**United States District Judge**

2